No. 12–7552. STRAND ET AL. v. GOLDEN MEADOWS PROPER-
TIES, LC, AKA GOLDEN MEADOWS PROPERTIES, LLC. Ct. App.
Utah. Certiorari denied.

No. 12–7557. JONES v. KNOWLES, WARDEN, ET AL. C. A. 9th
Cir. Certiorari denied.

No. 12–7571. BABINO v. LUDWICK, WARDEN. C. A. 8th Cir.
Certiorari denied.

No. 12–7574. MORGAN v. THALER, DIRECTOR, TEXAS DEPART-
MENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVI-
SION. C. A. 5th Cir. Certiorari denied.

No. 12–7576. VANCE v. WALLACE, WARDEN. Sup. Ct. Mo.
Certiorari denied.

No. 12–7577. WHITMORE v. OKLAHOMA. Ct. Crim. App. Okla.
Certiorari denied.

No. 12–7579. WHITE v. HOYLE ET AL. C. A. 4th Cir. Certio-
rari denied.

No. 12–7580. SILLAH v. HOLDER, ATTORNEY GENERAL. C. A.
4th Cir. Certiorari denied.

No. 12–7583. LATHAM v. MUNICIPALITY OF ANCHORAGE,
ALASKA, ET AL. Ct. App. Alaska. Certiorari denied.

No. 12–7585. JOHNSON v. WHITE ET AL. C. A. 5th Cir. Cer-
tiorari denied.

No. 12–7588. BACH v. MILWAUKEE COUNTY, WISCONSIN,
ET AL. C. A. 7th Cir. Certiorari denied.

No. 12–7592. BUZZARD v. GLEBE, SUPERINTENDENT, STAF-
FORD CREEK CORRECTIONS CENTER. C. A. 9th Cir. Certiorari
denied.

No. 12–7595. BYNUM v. MISSISSIPPI. Sup. Ct. Miss. Certio-
rari denied.

No. 12–7596. TODD v. BIGELOW ET AL. C. A. 10th Cir. Cer-
tiorari denied.